NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  3:04-CV-00046 (JWS) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER TO RELEASE ATTACHED PFD** |
| Dwayn and Stefanida Mullan, | ) **FUNDS** |
| | ) |
| Defendant. | ) |

Plaintiff's motion to release attached Permanent Fund Dividend funds
is hereby GRANTED.

The Clerk of Court shall release the attached funds currently held
in the Registry, in the amount of $885.57, by check made payable to
"United States  Department of Justice" and forwarded to the Office of the
United States Attorney for District of Alaska, as payment toward
Defendant's judgment debt.

IT IS SO ORDERED.


DATED:_____            _____
                                         UNITED STATES DISTRICT JUDGE


**DOCUMENT NAME**
Dwayn and Stefanida Mullan
3:04-CV-00046 (JWS)